

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-11-00333-CV

ANDREW WHALLON, DAHLIA GARCIA AND RICHARD GRAYSHAW, Appellants

V.

THE CITY OF HOUSTON, Appellee

Appeal from the 270th District Court of Harris County.   (Tr. Ct. No. 2008-51588).

**TO THE 270TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 5th day of February 2015, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on January 21, 2011.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in the portion of the trial court's judgment entered against appellants Dahlia Garcia and Richard Grayshaw. Accordingly, the Court **reverses** this portion of the trial court's judgment.   The Court further **renders** judgment that appellee The City of Houston take nothing against appellants Dahlia Garcia and Richard Grayshaw.
>
> The Court further holds that there was no reversible error in the remaining portions of the trial court's judgment.

Therefore, the Court **affirms** the remaining portions of the trial court's judgment.

The Court **orders** that the appellant, Andrew Whallon, pay one half of the appellate costs. The Court **orders** that the appellee, The City of Houston, pay one half of the appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered February 5, 2015.

Panel consists of Chief Justice Radack and Justices Jennings and Keyes. Opinion delivered by Chief Justice Radack.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

April 17, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

